**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1826**

———————

BENJAMIN ROBERTS,

            Plaintiff - Appellant,

      v.

SAINT AGNES HOSPITAL/ASCENSION HEALTH,

            Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   George Jarrod Hazel, District Judge.
(8:13-cv-03475-GJH)

———————

Submitted:  November 17, 2015        Decided:  November 19, 2015

———————

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Benjamin Roberts, Appellant Pro Se.  Elizabeth I. Torphy-
Donzella, SHAWE & ROSENTHAL, LLP, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Roberts appeals the district court's order denying relief on his racial discrimination and retaliation claims filed pursuant to Title VII of the Civil Rights Acts of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Roberts v. Saint Agnes Hosp./Ascension Health</u>, No. 8:13-cv-03475-GJH (D. Md. June 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>